UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RONNIE LEE HICKS, II, <br><br> Plaintiff, <br><br> v. <br><br> SEVERSON, <br><br> Defendant. | CASE NO. 3:19-cv-05983-BHS-DWC <br><br> REPORT AND RECOMMENDATION <br><br> Noting Date: January 10, 2020 |

The District Court has referred this 42 U.S.C. § 1983 action to United States Magistrate Judge David W. Christel. Plaintiff Ronnie Lee Hicks, II proceeding *pro se*, filed a proposed civil rights complaint on October 15, 2019. Dkt. 1. On October 16, 2019, the Clerk of Court sent Plaintiff a letter notifying Plaintiff that he failed to submit the filing fee or an application to proceed *in forma pauperis* ("IFP"). Dkt. 2. On October 23, 2019, Plaintiff filed an incomplete application to proceed IFP. Dkt. 4. The Clerk of the Court sent Plaintiff a second deficiency notice informing Plaintiff that he failed to provide a certified copy of his prison trust account statement. Dkt. 5. The Clerk of Court instructed Plaintiff to submit a complete application to

REPORT AND RECOMMENDATION- 1

proceed IFP. *Id*. The Clerk of Court warned Plaintiff that if he did not provide a copy of his prison trust account statement the action may be subject to dismissal. *Id*.

Plaintiff has not responded to the Clerk of Court's letter, has not paid the filing fee, and has not provided a prison trust account statement. As Plaintiff has failed to prosecute this case, the Court recommends this case be dismissed without prejudice.

Pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil Procedure, the parties shall have fourteen (14) days from service of this Report to file written objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those objections for purposes of appeal. *Thomas v Arn*, 474 U.S. 140 (1985). Accommodating the time limit imposed by Rule 72(b), the Clerk is directed to set the matter for consideration on January 10, 2020 as noted in the caption.

Dated this 17th day of December, 2019.

*[signature]*

David W. Christel
United States Magistrate Judge